IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
    PLAINTIFF, )
 )
VS. ) CV-01-H-901-S
 )
ELECTRONIC DATA SYSTEMS )
CORPORATION, )
 )
    DEFENDANT. )

**FINAL ORDER GRANTING SUMMARY JUDGMENT**

In accordance with the memorandum of decision this day entered, there being no genuine issue of material facts, defendant's motion for summary judgment is **GRANTED**. It is hereby **ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of defendant Electronic Data Systems Corporation as to all of plaintiff's claims. Costs are taxed against plaintiff.

DONE this 11th day of April, 2002.

                                              SENIOR UNITED STATES DISTRICT JUDGE